UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| ERIC S. SNYDER, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:13-cv-01909-JMS-DML |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the Commissioner's decision denying Plaintiff's application for benefits, and **REMANDS** this matter back to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

Dated: September 8, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

1

**Distribution via ECF only to all counsel of record**